IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br>　　　　Plaintiff,<br>　vs.<br>UNITED STATES GOVERNMENT;<br>PRESIDENT BARACK OBAMA; LT.<br>LEWIS; CALIFORNIA MEN'S<br>COLONY; JOHN DOE,<br>　　　　Defendants. | No. C 12-4769 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　This pro se civil rights action was filed on September 12, 2012. On that same day, plaintiff was notified he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

　　　　In addition, Plaintiff's complaint makes fantastical and nonsensical allegations that are clearly frivolous. Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. *Denton v. Hernandez*, 504 U.S. 25, 32 (1992). A claim is frivolous if it is premised on an indisputably meritless legal theory or is clearly lacking any factual basis, such as claims describing fantastic or delusional scenarios with which federal district judges are all too familiar. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989). Plaintiff

1 purports to brings the complaint under international and Saudi Arabian law. He claims that his
2 mail has been diverted to Saudia Arabia, and in return he seeks billions of dollars, pickup
3 trucks, union dues, oil contracts and other compensation. Such claims are clearly legally
4 meritless, and the allegations upon which they are based are fantastical and delusional. As a
5 result, the complaint must be dismissed as frivolous.

For the foregoing reasons, this case is **DISMISSED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October   25   , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\OVERTON4769.DSM.wpd